AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 29, 2025

SEAN F. McAVOY, CLERK

JONATHON GUYDOS )
*Plaintiff* )
v. )
JUDGE LAURA CANDACE HOOPER, KITTITAS COUNTY, ) Civil Action No. 1:24-CV-03135-MKD
ELLENSBURG POLICE DEPARTMENT, CITY OF ELLENSBURG, )
ERICK QUEZADA, TIM WEED, TAYLOR MALSTROM, STEPHANIE )
DRUKTENIS, ELLENSBURG POLICE OFFICERS 1-10, and ZACHARY
WILLIAMS
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Complaint, ECF No. 1, is DISMISSED without prejudice for failure to state a claim upon which the Court may grant relief.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   MARY K. DIMKE

Date:  1/29/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham